UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHESTON J. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00828-JRS-KMB |
| | ) | |
| STATE OF INDIANA, | ) | |
| ERIC HOLCOMB, | ) | |
| DIEGO MORALES, | ) | |
| MARION COUNTY ELECTION BOARD, | ) | |
| MARION COUNTY JUDICIAL | ) | |
| SELECTION COMMITTEE, | ) | |
| | ) | |
| Defendants. | ) | |

**Final Judgment**

This action is dismissed with prejudice. This is a final judgment under Fed. R. Civ. P. 58. This case is closed.

5/3/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution by CM/ECF to registered counsel of record